UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 2 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| GILBERTO REZA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO. B-04-081 |
| | § | (Related Civil Case: No. B-02-129) |
| TEXAS BOARD OF PARDONS AND | § | |
| PAROLES | § | |
| Respondent. | § | |

## ORDER

The Petitioner's Application to Proceed In Forma Pauperis (Docket No. 2) is hereby GRANTED. Let the Applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Reza's 28 U.S.C. § 2254 Petition For a Writ of Habeas Corpus by a Person in State Custody on or before November 2, 2004. The response shall include any relevant state records.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 2nd day of September, 2004.

Felix Recio
United States Magistrate Judge