<^>


## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P O Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Gilberto Reza
4000 North 10th Street
Bridgeport Tx 76426

---

Case: 1:04-cv-00081   Instrument: 3   (1 pages)
Date: Sep 5, 2004
Control: 040970
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022,9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: ( ____ ) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: ( ____ ) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 2 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| GILBERTO REZA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO. B-04-081 |
| | § | (Related Civil Case: No. B-02-129) |
| TEXAS BOARD OF PARDONS AND | § | |
| PAROLES | § | |
| Respondent. | § | |

### ORDER

The Petitioner's Application to Proceed In Forma Pauperis (Docket No. 2) is hereby GRANTED. Let the Applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Reza's 28 U.S.C. § 2254 Petition For a Writ of Habeas Corpus by a Person in State Custody on or before November 2, 2004. The response shall include any relevant state records.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 2nd day of September, 2004.

Felix Recio
United States Magistrate Judge