IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO REZA, § | |
| TDCJ-CID No. 834841, § | |
|     Petitioner, § | |
| § | CIVIL ACTION NO. B-04-081 |
| v. § | |
| § | |
| BOARD OF PARDONS AND PAROLES, § | |
|     Respondent. § | |

**MOTION TO DISMISS THE BOARD OF PARDONS AND PAROLES AND SUBSTITUTE DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, AS RESPONDENT, WITH BRIEF IN SUPPORT**

Petitioner Gilberto Reza ("Reza") filed a petition for writ of habeas corpus challenging his conviction and sentence pursuant to 28 U.S.C. § 2254. Reza named the Board of Pardons and Paroles as respondent and the Court ordered the Attorney General to show cause why Reza's petition should not be granted. Pursuant to Rule 2(b) of the RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS, the Attorney General brings this Motion to Dismiss the Board of Pardons and Paroles ("the Board") and Substitute Doug Dretke, Director ("the Director"), Texas Department of Criminal Justice, Correctional Institutions Division ("TDCJ-CID"), as Respondent With Brief in Support. Counsel now seeks to remove the Board from this lawsuit as Respondent and substitute the correct party in interest, Doug Dretke as Director of TDCJ-CID.

**BRIEF IN SUPPORT**

Petitioner is currently confined at the Powledge Unit, in the custody of the Texas Department of Criminal Justice, Correctional Institutions Division. The Rules Governing Section 2254 Cases in the United States District Courts, Rule 2(a), provide that "the state officer having custody of the applicant shall be named as respondent." Further, the Advisory Committee Note following Rule 2 provides that *"[t]he attorney general is in the best position to inform the court as to who the proper party respondent is. If it is not the attorney general, he can move for a substitution of party."*

(emphasis added)  In the instant case, the proper party respondent is Doug Dretke, the Director of TDCJ-CID.

Accordingly, Gregg Abbott, Attorney General of the State of Texas, moves this court to dismiss the Board of Pardons and Paroles as Respondent in this matter and substitute Doug Dretke, Director of the Texas Department of Criminal Justice, Correctional Institutions Division, as the named party respondent.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        BARRY R. McBEE
        First Assistant Attorney General

        DON CLEMMER
        Deputy Attorney General
        for Criminal Justice

        GENA BUNN
        Assistant Attorney General
        Chief, Postconviction Litigation Division


         /s/ Laura Grant Berins
        LAURA GRANT BERINS*
        Assistant Attorney General
        State Bar No. 00783644
        Southern District Admission No. 35857

        P.O. Box 12548, Capitol Station
        Austin, Texas  78711-2548
        (512) 936-1400
        (512) 936-1280 (Fax)

*Lead Counsel        ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Motion to Dismiss the Board of Pardons and Paroles as Respondent and Substitute Doug Dretke, Director of the Texas Department of Criminal Justice, Correctional Institutions Division, as Respondent with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 1st day of November, 2004, addressed to:

Gilberto Reza
TDCJ-CID No. 834841
Powledge Unit
Route 2, Box 2250
Palestine, Texas  75882

                                              /s/ Laura Grant Berins
                                              LAURA GRANT BERINS
                                              Assistant Attorney General