IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO REZA, | § | |
| TDCJ-CID No. 834841, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-081 |
| | § | |
| BOARD OF PARDONS AND PAROLES, | § | |
|     Respondent. | § | |

## ORDER DISMISSING THE BOARD OF PARDONS AND PAROLES AND SUBSTITUTING DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, AS RESPONDENT, WITH BRIEF IN SUPPORT

Came on this day to be considered this Motion to Dismiss the Board of Pardons and Paroles as Respondent and Substitute Doug Dretke, Director of the Texas Department of Criminal Justice, Correctional Institutions Division, as Respondent, and after considering the pleadings of the parties filed herein, the court hereby orders the following:

It is hereby ORDERED, ADJUDGED and DECREED that the Board of Pardons and Paroles is DISMISSED as Respondent and Doug Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is SUBSTITUTED as the Respondent in this matter.

SIGNED on this the _____ day of _____, 2004.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE