IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO REZA, <br> TDCJ-CID # 834841, <br>     Petitioner, <br><br> v. <br><br> DOUG DRETKE, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br>     Respondent. | § § § § § § § § § § § | CIVIL ACTION NO. B-04-081 |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

On this date came on for hearing the motion of respondent for summary judgment. Upon consideration of the pleadings, the Court is of the opinion that the motion should be granted. Therefore, respondent's motion for summary judgment is GRANTED and Petitioner Gilberto Reza's petition is dismissed with prejudice.

SIGNED on this the _____ day of _____, 2004.


                                                           _____
                                                           UNITED STATES DISTRICT JUDGE