**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS11**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERTO REZA, | § | |
| TDJC-CID No. 834841 | § | |
|       Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-081 |
| | § | |
| BOARD OF PARDONS AND PAROLES, | § | |
|       Respondent. | § | |

### ORDER DISMISSING THE BOARD OF PARDONS AND PAROLES AND SUBSTITUTING DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, AS RESPONDENT

Came this day to be considered this Motion to Dismiss the Board of Pardons and Paroles as Respondent and Substitute Doug Dretke, Director of the Texas Department of Criminal Justice, Correctional Institutions Division, as Respondent. After considering the pleadings of the parties filed herein, the Court hereby orders the following:

It is hereby ORDERED that the Board of Pardons and Paroles is DISMISSED as Respondent and Doug Dretke, Director of the Texas Department of Criminal Justice, Correctional Institutions Division, is SUBSTITUTED as Respondent in this matter.

SIGNED on this the 15th day of November, 2004.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE