

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520-7152

RECEIVED
NOV 3 0 2004
U.S. MAGISTRATE