UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Gilberto Reza
Prisoner No. 834841
4000 North 10th Street
Bridgeport Tx 76426

B-04-CV-081

United States District Court
Southern District of Texas
RECEIVED
DEC 0 6 2004
Michael N. Milby, Clerk

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
BL
NOV 30 2004
Michael N. Milby, Clerk of Court

RTS.
Brownsville

012H6202949
$00.370
11/17/2004
Mailed From 77002
US POSTAGE

Hasler