UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO REZA, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-081 |
| | § | |
| BOARD OF PARDONS AND PAROLES, | § | |
|     Respondent. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's application for relief pursuant to 28 U.S.C. § 2254 is hereby DENIED and his application is DISMISSED with prejudice.

DONE at Brownsville, Texas this _____ day of _____, 2005.


_____
Hilda Tagle
United States District Judge