## BOARD OF PARDONS AND PAROLES DIVISION
### MINUTES

REZA, GILBERTO
00834841                    00855250

CJ #                        SID #

| DATE MO / DAY / YEAR | BOARD ACTION | REASON AND/OR INSTRUCTIONS |
|---|---|---|
| 9 / 10 / 98 | | **CURRENTLY AN INMATE** |
| 10 / 18 / 99 | NR (10/2000) | 1, 3, 5 [initials] |
| 9 / 1 / 00 | NR 4/02 | 1, 3, 5 RD [initials] |
| 2 / 20 / 02 | SA | 1D, 3D, 5D, 10D dealing in large amounts of drugs [initials] |
| | DMS 02/03 | 9D1, 9D2, 5D poor supv hist [initials] |
| 12 / 9 / 02 | Dmc (2/04) | 9D1, 9D2, 10D - extensive history; prev DWI conv. while on supv for DWI, 3D [initials] |
| 12 / ? / 03 | Dms (?/05) | 9D1, 9D2, 10D " " " [initials] |
| 1 / 10 / 05 | Dms 1/06 | 9D1, 9D2, 3D [initials] |

# BOARD OF PARDONS AND PAROLES DIVISION
## MINUTES

NAME: Reza, Gilberto    TDCJ #: 682100    SID #:

| DATE MO/DAY/YEAR | BOARD ACTION | REASON AND/OR INSTRUCTIONS |
|---|---|---|
| JUN 27 1997 | ISSUE PRE-REVOCATION WARRANT | Melinda Lloyd Bozarth |
| JUL 02 1997 | ENTERED [illegible] TCIC | |
| NOV 07 1997 | CONFIRMED WARRANT ___ / CANCELED ___ TCIC | 6p |
| AUG 26 1998 | Revell | Shaw Gonzalez / M. Nelson |

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# BOARD OF PARDONS AND PAROLES DIVISION
## MINUTES

NAME: Roa, Gilberto    T.D.C. NUMBER: 682100

| MO. | DAY | YEAR | BOARD ACTION | REASON AND/OR INSTRUCTIONS |
|---|---|---|---|---|
| 1 | 20 | 96 | 11-94 ✓ | ID Calendared Review |
| 2 | 07 | 95 | FIS ✓ | 09 M ⊙ 0-aftercare |
| 12 | 26 | 95 | W/D FIS mark SA | 12 07-time limitations for IPTC M/SA S, O-Random UA, O-total alcohol abstinence O-Shall not operate motor vehicle w/o written consent from supervising P.O. O-TOTAL ABSTINENCE ALCOHOL & ILLEGAL DRUGS C.5-2-96 |
| 5 | 2 | 96 | MANDATORY RELEASE PLAN ISSUE MANDATORY SUPERVISION CERTIFICATE CERTIFICATE NO. | APPROVED  R.A.  S, O-Random UA, O-Total Alcohol Abstinence, O-Shall Not Operate Motor Vehicle W/O Written Consent From Supervising P.O. O-Total Abstinence Alcohol + Illegal Drugs |