UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 2 6 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERTO REZA, <br> Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. B-04-081 |
| BOARD OF PARDONS AND PAROLES, <br> Respondent. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner's application for relief pursuant to 28 U.S.C. § 2254 (Docket No. 1) is hereby DENIED and his application is DISMISSED with prejudice. All other pending motions in this case are subsequently MOOTED.

DONE at Brownsville, Texas this 25 day of May, 2005.

Hilda Tagle
United States District Judge