IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Gilberto Reza,
    Petitioner,

VS.       B-02-129

Doug Dretke, Director
Texas Department of Criminal
Justice, Correctional Institutions
Divisions.
    Respondent.

## MEMORANDUM OF FACTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Gilberto Reza, Petitioner who now files this Memorandum of Facts, pertaining to the illegal application of Discretionary Mandatory Supervision to a sentence, instead of regular Mandatory Supervision, and will show the following:

### I.
### JURISDICTION

The Court has Jurisdiction over the subject matter and this is the third (3) amended 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus By a Person in State Custody, presented to this honorable court after a

1.

Magistrate Judge's Amended Report and Recommendation was rendered, on the above-referenced cause of action.

Petitioner's 28 U.S.C. § 2254 Petition filed previously was DISMISSED WITHOUT PREJUDICE, and is now being presented in the instant action.

## II.
## STATEMENT OF THE CASE

Petitioner Reza is not challenging his ten (10) year conviction, but the determination of the Board of Pardons and Paroles, to deny him release to regular mandatory supervision, has instead, placed him discretionary mandatory supervision. This is in direct violation of his constitutional rights under the Fourteenth Amendment of the United States Constitution (Due Process/Equal Protection).

On a State District Court's Order on Applicant's Application For Writ of Habeas Corpus, filed stamped June 12, 2001, and signed by the Honorable Menton D. Murray, Judge Presiding, the attached Affidavit of Charley Valdez, Administrative Assistant to the State Classification Committee states, the Department is applying the old mandatory supervision law to Applicant's sentence. See Exhibit 'A', Affidavit of Charley Valdez.

## III.
## POINT OF ERROR

1. Violation of the Fourteenth Amendment of the United States Constitution, Due Process and Equal Protection,

2.

concerning the method of calculation used by TDCJ-CID, and the Board of Pardons and Paroles, in regard to Texas House Bill 1433, Section 3.

## IV.
## ARGUMENT AND AUTHORITY

In Petitioner's indictment, rendered on the 7th day of November, 1997, it was alleged, that Petitioner had prior (DWI) convictions in Cause No. 87-CCR-3052-B on September 15, 1987, and Cause No. 93-CCR-2196-B on December 14, 1993, and Cause No. 93-CCR-2286-B on December 14, 1993. All of these prior convictions were used as enhancements, to bring the instant (DWI) to a third degree felony level.

HOUSE BILL 1433:

Petitioner states, that his prior (DWI) convictions in the above mentioned causes, all occurred prior to September 1, 1996. (House Bill 1433). Petitioner's prior convictions will not qualify him for discretionary mandatory supervision. It stipulates in Section 3 of H.B. 1433, that if "any element of the offense, occurs before the effective date of Sept. 1, 1996, then Petitioner must be held under Mandatory Supervision, not discretionary mandatory supervision. The Applicable rights to Due Process under the Fourteenth Amendment of the United States Constitution, have been arbitrarily abrogated by the Texas Department of Criminal Justice-CID, and the Texas Board of Pardons and Paroles in that the interpretation and subsequent application of the unduly vague statue, specifically Texas Gov't. Code 5(

3.

8.149 is unconstitutional in form, See Section (B). Furthermore, Petitioner Reza contends, that no hearing or notice was afforded him, prior to the Board denying his mandatory discharge date, which is essential before depriving any person of rights guaranteed by constitutional provisions. See Wolf v. McDonnell, 94 S.Ct. 2963. The State has created a liberty interest by statue, and at the minimum, the expectancy of release to Mandatory Supervision, where the statues on policy of awarding release to mandatory supervision, when his flat time served, and his good time accrued equals 100% of his time, he shall be released to mandatory supervision under Govt. Code 508.147 of the Texas Govt. Code, see Board of Pardons and Paroles v. Allen, 107 Section 2417, Greenholtz v. Nebraska Penal Inmates, 99 S.Ct. 2109, and Connecticut Board of Pardons v. Dumashaft, 101 S.Ct. 2 65. A state created liberty may also be created by using explicitly mandatory language, within a statue in conjunction with the establishment of specific substantive predicates to limit official discretion, Kentucky Department of Corrections v. Thomson, 109 S.Ct. 1904, and thereby require that a particular outcome be reached upon, finding that the relevant criteria had been met. See also Ex Parte McGee, 962 S.W.2d 49, and also Madison v. Parker, 104 F.3d 765. Texas Govt. Code 508.149 is unduly vague so much that it violated the constitutional standards of the Due Process Clause, The Vagueness Doctrine is a component of the constitutional due process guarantee. A statue which prohibits conduct that is not sufficiently

4.

defined is voided for vagueness, <u>Graymed v. City of Rockford</u>, 92 S.Ct. 2294 (1972). In denying Petitioner Reza's release to mandatory supervision, the Board and TDCJ-CID have, failed to comply with the provisions of the statue, thereby exercising powers that are not statutorily authorized to use <u>Martinez v. T.E.C.</u>, 570 S.W. 2d 28, <u>T.E.C. v. Oliver</u>, 691 S.W. 2d 819, further violating the Petitioner's due process rights entitled to him. <u>Meacham v. Fano</u>, 96 S.Ct. 2541; 42 and <u>Sandin v. Conner</u>, 115 S.Ct. 2293. The law specifically sets criteria to be eligible, thereby limiting official discretion.

V.

## CONCLUSION AND PRAYER

Petitioner Gilberto Reza, has reached 100% of his time to serve, with good time and flat time, and should be released to mandatory supervision, as is the law in the State of Texas.

Petitioner respectfully requests, that this Memorandum of Facts be accepted by the Court as true facts, and the Court see fit to file an order directing the Board of Pardons & Paroles to honor the mandatory supervision law, so moved and prayed, for petitioner's immediate release.

<u>Respectfully submitted,</u>
<u>Gilberto Reza   834841</u>
Gilberto Reza #834841
Bridgeport Correctional Ctr.
4000 North Tenth Street
Bridgeport, Texas 76426

5.

## CERTIFICATION

THE STATE OF TEXAS §
COUNTY OF Wise §

On this the 22nd day of April, 2004, I certify that the attached document, and the duplicate retained by me as a Notarial record, are true, exact, complete, and unaltered computer copies made by me of the information contained in the computer data base of the Texas Department of Criminal Justice regarding the offender's trust fund account for the immediate preceding six month period.

CINDY J. WHITEHEAD
Notary Public, State of Texas
My Commission Expires
March 11, 2006

(Stamp or Seal)      Cindy J. Whitehead
                                           (Notary Public Signature)

```
CSINIB01            TEXAS DEPARTMENT OF CRIMINAL JUSTICE                04/22/04
                       TRUST FUND BANKING HISTORY                       09:17:48
                       AS OF 04/21/04 23.29.38
 TDCJ-NO 00834841 NAME- REZA,GILBERTO                 CURRENT-BAL-         4.17
    DATE   AMOUNT OT TP RPT-PG  CD DESCRIPTION             SENDEE
  10/07/03    1.00    CM BR10/1R B4                        100703111646145364
  10/09/03   50.00    MO 0282/15 B1 Y192026/415    004497  B PENA
  10/16/03   17.63    CM BR10/1R B4                        101603132046145364
  10/27/03   13.08    CM BR10/1R B4                        102703064046145364
  10/30/03    3.10    CM BR10/1R B4                        103003063846145364
  11/12/03   10.10    CM BR10/1R B4                        111203101246145364
  11/19/03    5.05    CM BR10/1R B4                        111903105546145364
  11/19/03     .00    CU BR10/1N 1                      1  111903105546145364
  12/03/03    1.07    CM BR10/1R B4                        120303063446145364
  12/11/03   50.00    MO 0345/36 B1 Y2086943602    003757  B PENA
  12/18/03    9.76    CM BR10/1R B4                        121803141946145364
  12/22/03   11.20    CM BR10/1R B4                        122203062146145364
  12/23/03    2.90    CM BR10/1R B4                        122303131746145364
  12/29/03    3.11    CM BR10/1R B4                        122403141146145364
                                      PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER:        OR SID NUMBER:
CSINIB01            TEXAS DEPARTMENT OF CRIMINAL JUSTICE                04/22/04
                       TRUST FUND BANKING HISTORY                       09:18:07
                       AS OF 04/21/04 23.29.38
 TDCJ-NO 00834841 NAME- REZA,GILBERTO                 CURRENT-BAL-         4.17
    DATE   AMOUNT OT TP RPT-PG  CD DESCRIPTION             SENDEE
  12/30/03    7.63    CM BR10/1R B4                        123003133946145364
  01/12/04   50.00    MO 0012/27 B1 Y2086916973    010012  B PENA SR
  01/12/04     .00    CM BR10/1R B4                        011204093146145364
  01/14/04   10.19    CM BR10/1R B4                        011404071546145364
  01/20/04   11.07    CM BR10/1R B4                        011904103446145364
  01/21/04    2.00    CM BR10/1R B4                        012104104646145364
  01/27/04    5.44    CM BR10/1R B4                        012704111146145364
  01/28/04    2.30    CM BR10/1R B4                        012804071446145364
  02/03/04   12.06    CM BR10/1R B4                        020304083246145364
  02/10/04    7.20    CM BR10/1R B4                        021004102946145364
  02/17/04   50.00    MO 0048/29 B1 Y2189129185    010200  C PENA
  02/18/04    7.28    CM BR10/1R B4                        021804085346145364
  02/20/04    4.40    CM BR10/1R B4                        022004101846145364
  02/24/04    7.04    CM BR10/1R B4                        022404102846145364
                                      PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER:        OR SID NUMBER:
CSINIB01            TEXAS DEPARTMENT OF CRIMINAL JUSTICE                04/22/04
                       TRUST FUND BANKING HISTORY                       09:18:21
                       AS OF 04/21/04 23.29.38
 TDCJ-NO 00834841 NAME- REZA,GILBERTO                 CURRENT-BAL-         4.17
    DATE   AMOUNT OT TP RPT-PG  CD DESCRIPTION             SENDEE
  03/04/04   12.04    CM BR10/1R B4                        030404080346145364
  03/05/04   50.00    MO 0065/05 B1 Y2189158804    001886  B PENA
  03/07/04    5.79    CM BR10/1R B4                        030704133146145364
  03/09/04     .85    CM BR10/1R B4                        030904133346145364
  03/10/04    3.59    CM BR10/1R B4                        031004105646145364
  03/16/04    4.82    CM BR10/1R B4                        031604070146145364
  03/18/04    5.70    CM BR10/1R B4                        031804104046145364
  03/22/04   11.05    CM BR10/1R B4                        032204111346145364
  03/24/04    3.20    CM BR10/1R B4                        032404070046145364
  03/30/04    2.95    CM BR10/1R B4                        033004070746145364
  04/02/04    6.74    CM BR10/1R B4                        040204070546145364
  04/08/04    4.50    CM BR10/1R B4                        040804102546145364
  04/08/04    2.25    CM BR10/1R B4                        040804102646145364
  04/13/04    8.10    CM BR10/1R B4                        041304080946145364
```

```
ENTER IDCJ NUMBER:           OR SID NUMBER:
CS2N1B01              TEXAS DEPARTMENT OF CRIMINAL JUSTICE              04/22/04
                           TRUST FUND BANKING HISTORY                   09:18:35
                           AS OF 04/21/04 23:29:38
IDCJ-NO 00834841 NAME- REZA,GILBERTO                CURRENT-BAL-    4.17
   DATE    AMOUNT OT TP RPT-PG CD DESCRIPTION          SENDEE
  04/15/04    3.80    CM BR10/1R B4                    041504140146145364
  04/19/04   11.15    CM BR10/1R B4                    041904102146145364
  04/21/04    5.50    CM BR10/1R B4                    042104092046145364
  04/21/04     .00    CO BR10/1N 1              1      042104092046145364
            END OF HISTORY DATA         PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER IDCJ NUMBER:           OR SID NUMBER:
```